IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LISA A. JONES                                                                              PLAINTIFF

VERSUS                                                   CIVIL ACTION NO. 4:03CV433-P-B

REGION VI MENTAL HEALTH-MENTAL
RETARDATION COMMISSION, d/b/a LIFE HELP                           DEFENDANT

**FINAL JUDGMENT**

This cause came on for hearing on defendant's Motion for Summary Judgment [50-1]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Memorandum Opinion entered this day, the Court finds that the defendant's Motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment [50-1] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bears its own costs.

This, the 7th day of April, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE